## Emily J. Cronin and John F. Kelly, Appellees, v. Gustavus J. Tatge, Appellant.

### Gen. No. 22,409.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS
G. WINDES, Judge, presiding. Heard in the Branch Appellate Court
at the March term, 1916. Affirmed. Opinion filed May 1, 1917.

### Statement of the Case.

Bill by Emily J. Cronin and John F. Kelly, complainants, against Gustavus J. Tatge, defendant, for enforcement of a mechanic's lien. From a decree for complainants, defendant appeals.

ROBERT F. KOLB and PAUL W. TATGE, for appellant.

JAMES J. KELLY, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

MECHANICS' LIENS, § 18*—*when lien lies for work in street.* Under
section 1 of the Mechanics' Liens Act of 1903 (J. & A. ¶ 7139),
providing that "any person who shall by any contract  *  *  *
with the owner of a lot  *  *  *  furnish material  *  *  *  for
the purpose of, or in the building, altering,  *  *  *  any house
or  *  *  * sidewalk, whether such walk or sidewalk be on the
land or bordering thereon,  *  *  *  or improvement, or appurte-
nance thereto on such lot  *  *  *  or connected therewith, and
upon, over or under a sidewalk, street or alley adjoining;  *  *  *
shall have a lien," etc., a lien is given for work done in the per-
formance of a contract for paving a street adjoining a lot, or build-
ing a sidewalk bordering thereon, or laying gas mains or sewers
connected with the use of the lot or a building thereon, as the con-
junction "and" beginning the clause "and upon or under a side-
walk" should be construed as "or" and the clause as modifying the
words "improvement or appurtenance."

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.